AO 240 (Rev. 10/03)

E-FILED
Wednesday, 16 May, 2007 01:46:37 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

MAY 1 5 2007

Central District of Illinois

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Johnathan M Coursey

Plaintiff

V.

City of Peoria
Police Department
Brad Scott
Brock Louin

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-1123

I, Johnathan M Coursey, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 4-30-07. OSF Saint Francis's 3 day check including vacation hours cash-in. 1,083.00 Address of last employment 530 NE Green Glen Oak,

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

3F Yes, I recieved my last check from OSF Saint Francis from being discharged. (see attachment)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

5-15-07 _____   _Johnathan M Curry_____
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I Johnatha N Coursey, have been discharged from OSF Saint Francis 5-2-07. I have rent 250.00 I have Chapter 13 $182.00 every two week. Food which is about $100.00 every month. and elec-bill, which is about 80-140 month. I receive no money for unemployment at the time. but I have applied if any my unemployment will start the process 5-21-07.

Sincerely Yours
Johnatha N Coursey

RECEIVED
MAY 15 2007
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Johnathan M Coursey            )
            Plaintiff          )
                               )
                               )
        vs.                    ) Case No. 07-1123
                               )
City of Peoria                 )
Police Department              )
Brad Scott                     )
Brock Lavin                    )
            Defendant(s)       )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Johnathan M Coursey, and states as follows:

My current address is: 302 NE Greenleaf 2Floor

The defendant Brad Scott, is employed as Police Officer at Peoria Police Department

The defendant Brock Lavin, is employed as Police Officer at Peoria Police Department

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes  ☐    No  ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
    Yes  ☐    No  ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s)  _____

     Defendant(s)  _____

     _____

  2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge _____

_____

4. Basic claim made _____

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?   Yes ☐   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

1:07-cv-01123-MMM-JAG    # 1-2    Page 4 of 7

Page 4

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence  302 NE Greenleaf 2Floor Hallway or stairway leadding to my apartment.

Date of the occurrence  06-04-2006

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

① Police office Force they way into the building by broken-in the Front Door, which is a steel defendent Dior.

② Polices, they started to pry there-way into my door, but I have open the door to see who is it.

④ After open the door the office, Ask me to step-out into the Hallway or stairway. After step out one Office Hold-me to dentent me, AND the other spray, pepper spray in both of my eyes, with'out read me my right, or told me the charges. For which I was being arrested. For.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Relief for DAMAges created, And, or interested etc. the jury deem nessary.

___

**JURY DEMAND**         Yes ☒     No ☐

Signed this __May__ day of __15__, __2007__.

_Johnathan M Coursey_
( Signature of Plaintiff )

| Name of Plaintiff: Johnathan M Coursey | Inmate Identification Number: |
|---|---|
| Address: 302 NE Greenleaf St Peoria, IL 61603 | Telephone Number: (309) 229-9188 |