**E-FILED**
Monday, 21 May, 2007  08:40:14 AM
Clerk, U.S. District Court, ILCD

RECEIVED
MAY 15 2007
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Johnathan M Coursey )
                    **Plaintiff** )
                             )
            **vs.**              ) Case No. __07-1123__
                             )
City of Peoria )
Police Department )
Brad Scott )
Brock Lavin )
                    **Defendant(s)** )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

___

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Johnathan M Coursey, and states as follows:

My current address is: 302 NE Greenleaf 2Floor

The defendant Brad Scott , is employed as Police Officer at Peoria Police Department

The defendant Brock Lavin , is employed as Police Officer at Peoria Police Department

1:07-cv-01123-MMM-JAG    # 2    Page 2 of 7

Page 2

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?          Yes          ☐   No   ☒

If yes, please describe

_____

_____

_____  -

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes          ☐     No  ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)      _____

      Defendant(s)   _____

                            _____

   2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it        still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes  ☐    No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☐    No  ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?    Yes  ☐    No  ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS

OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE

ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS

RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  300 Nt Greenleaf 2Floor
Hallway or stairway ledding to my appirtment.
Date of the occurrence  06-04-2006

Witnesses to the occurrence

State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

(1) Police Office Force they way into the building by broker-in the front door. which is a steel defendent Dior.

(2) Polices then started to pry there-way into my door, but I have open the door to see who is it.

(4) After Open the dior the office, ask me to step-out into the Hallway or stairway. After step out One Office Hold-me to den tent me, And the other spray, pepper spray in both of my eyes, with out read me my right, or tild me the charges. For which I was being arrested. For.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Relief for DAMAges creeted, AND,
or interrested etc. the jury deem
nessary.

**JURY DEMAND**        Yes ☒    No ☐

Signed this _May_ day of _15_ ,

_2007_ .

_Johnathan M Coursey_

( *Signature of Plaintiff* )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Johnathan M Coursey | |
| Address: | Telephone Number: |
| 302 NE green leaf st PEORIA, Il 61603 | (309) 229-9188 |