AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

City of Peoria
City Clerk
419 Fulton St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ JmW_ _____        _5/21/07_ _____
CLERK                                  DATE

_s/ TK_ _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after servic of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yo for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with tl Clerk of this Court within a reasonable period of time after service.

s/ Smw                                    5/21/07
CLERK                                     DATE

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Officer Brad Scott
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after servic[e] of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against y[ou] for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with t[he] Clerk of this Court within a reasonable period of time after service.

_s/ Jmw_     _5/21/07_
CLERK        DATE

_s/ TK_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Officer Brock Lavin
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __60__ days after servic of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yc for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with tl Clerk of this Court within a reasonable period of time after service.

s/ Jmw
**CLERK**

5/31/07
**DATE**

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

City of Peoria
City Clerk
419 Fulton St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ____60____ days after servic of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yc for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with tl Clerk of this Court within a reasonable period of time after service.

s/ JmW                                          5/31/07
CLERK                                           DATE

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602**

an answer to the complaint which is served on you with this summons, within \_\_\_\_60\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

\_\_s/ Jmw_____   \_\_5/21/07_____
CLERK                                    DATE

\_\_s/ TK_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Officer Brad Scott
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ JmW_    _5/31/07_
CLERK       DATE

_s/ TK_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| Johnathan M. Coursey<br>V.<br>City of Peoria, et al | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 07-1123 |

TO: (Name and address of Defendant)

Officer Brock Lavin
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ Jmw                                5/31/07
CLERK                                 DATE

S/ TK
(By) DEPUTY CLERK