# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

E-FILED
Friday, 01 June, 2007 04:02:16 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 0 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Coursey
Plaintiff(s)

vs.

City of Peoria
Defendant(s)

Case Number: 1:07-cv-01123-MMM-JAG

## MOTION FOR APPOINTMENT OF COUNSEL

I, Johnathan A Coursey, declare that I am the (check appropriate box):
[X] Plaintiff  [ ] Defendant    In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[X] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-1-2007

Johnathan A Coursey
Movant's Signature

302 NE Greenleaf 2 Floor
Street Address

Peoria, ILL 61603-3770
City/State/Zip