U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**E-FILED**
Thursday, 14 June, 2007 02:49:11 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Johnathan M. Coursey | 07-1123 |
| DEFENDANT | TYPE OF PROCESS |
| City of Peoria, et al | |

**FILED**

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ► | Officer Brock Lavin |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Peoria Police Dept., 600 SW Adams, Peoria, IL |

JUN 1 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

> U.S. DISTRICT COURT
> 309 Federal Building
> 100 N.E. Monroe
> PEORIA, ILLINOIS 61602

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 26 | District to Serve<br>No. 1 | Signature of Authorized USMS Deputy or Clerk | Date<br>5-22-7 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Sgt. Fisk | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>6/13/07 | Time<br>11:00 am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-1123

TO: (Name and address of Defendant)

Officer Brock Lavin
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**U.S. DISTRICT COURT**
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___60___ days after servic
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yo
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with tl
Clerk of this Court within a reasonable period of time after service.

CLERK

s/ T. Kelch

(By) DEPUTY CLERK

DATE    5/31/07