AO 440 (Rev. 8/01) Summons in a Civil Action



E-FILED
Friday, 15 June, 2007 01:46:53 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

District of _____

JUN 1 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**U.S. DISTRICT COURT**
**309 Federal Building**
**100 N.E. Monroe**
**PEORIA, ILLINOIS 61602**

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ T. Kelch

(By) DEPUTY CLERK

DATE  5/31/07

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-14-2007 |
| NAME OF SERVER (PRINT) Mannie L. Russell Jr. | TITLE Sergeant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Records to Administrator

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-14-2007         [signature] Mannie Russell Jr. #781
            Date                Signature of Server

                              Peoria Police Department
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

District of _____

**FILED**
JUN 1 5 2007
JOHN M. WATERS, Clerk
~~U.S. DISTRICT COURT~~
CENTRAL DISTRICT OF ILLINOIS

Johnathan M. Coursey

V.

City of Peoria, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Officer Brock Lavin
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK                                    DATE   5/31/07

s/ T. Kelch

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 6-14-2007 |
| NAME OF SERVER (PRINT) Mannies L. Russell Jr. | TITLE | Sergeant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left in shift mail to be issued @ roll call

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-14-2007    [signature] Mannies Russell Jr. #781
             Date            Signature of Server

                             Peoria Police Department
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

District of _____

FILED
JUN 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Johnathan M. Coursey

V.

City of Peoria, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-1123

TO: (Name and address of Defendant)

Officer Brad Scott
Peoria Police Department
600 SW Adams St.
Peoria, IL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK                                              5/21/07

  s/ T. Kelch                                      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-14-2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mannie L. Russell JR. | Sergeant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: @ Peoria County courthouse

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-14-2007    *[signature]* 781
              Date          Signature of Server

              *Peoria Police Department*
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.