IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHNATHAN M. COURSEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 07-1123 |
| ) | |
| CITY OF PEORIA, ) | |
| POLICE DEPARTMENT, ) | |
| BRAD SCOTT, ) | |
| BROCK LAVIN, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

NOW COME the Defendants CITY OF PEORIA and POLICE DEPARTMENT, by their attorney, Assistant Corporation Counsel SONNI C. WILLIAMS, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to enter an order dismissing Defendants CITY OF PEORIA and POLICE DEPARTMENT, and in support thereof, state as follows:

1. Plaintiff's action under 42 U.S.C.S. §1983 against the Defendant CITY OF PEORIA fails to sufficiently allege a municipal liability under Monell v. Dept. of Soc. Services, 436 U.S. 658, 691-695 (1978).

2. Defendant POLICE DEPARTMENT is not a separate entity that can be sued and therefore should be dismissed.

WHEREFORE, Defendants CITY OF PEORIA and PEORIA POLICE DEPARTMENT, pray that this Court enter an order dismissing Complaint in its entirety for failure to state a claim upon which relief can be granted.

Respectfully submitted,
CITY OF PEORIA and POLICE
DEPARTMENT Defendants,

By s/ Sonni C. Williams
SONNI C. WILLIAMS, #6270829
Attorneys for Defendants
419 Fulton Street, #207
Peoria, IL 61602
Ph.   (309) 494-8590
Fax   (309) 494-8558
E-mail: swilliams@ci.peoria.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Johnathan M. Coursey
Plaintiff
302 N.E. Greenleaf, 2F
Peoria, IL 61603

s/ Sonni C. Williams
SONNI C. WILLIAMS, #6270829
Attorneys for Defendants
419 Fulton Street, #207
Peoria, IL 61602
Ph.   (309) 494-8590
Fax   (309) 494-8558
E-mail: swilliams@ci.peoria.il.us