IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHNATHAN M. COURSEY )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CITY OF PEORIA, )<br>POLICE DEPARTMENT, )<br>BRAD SCOTT, )<br>BROCK LAVIN, )<br>)<br>Defendants. ) | Case No. 07-1123 |

### BRAD SCOTT AND BROCK LAVIN'S ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants BRAD SCOTT AND BROCK LAVIN, by their attorney, Assistant Corporation Counsel SONNI C. WILLIAMS, and for their Answer and Affirmative Defenses to Plaintiff's Complaint, states:

### ANSWER

### Jurisdiction & Venue

1. Defendants admit the jurisdiction of the Court.

2. Defendants admit proper venue is in the Peoria Division of the Central District of Illinois.

### Parties

3. Defendants admit the Plaintiff's current address is 302 N.E. Greenleaf, 2 floor.

4. Defendants admit that they are employed as Police Officer at the Peoria Police Department, but their employer is the City of Peoria.

LITIGATION HISTORY

    A.    Defendants have insufficient information to admit or deny whether the Plaintiff have brought any other lawsuit in state court or federal court dealing with same facts involved in this case, except to state that Plaintiff is a defendant in the state criminal case 06-CM-1621 in the 10th Judicial Circuit, Peoria County, Illinois, stemming from the same facts involved in this case.

## Statement of Claims

Defendants admit the place of occurrence of the alleged §1983 violations.

Defendants admit the date of occurrence of the alleged §1983 violations.

    1.    Defendants deny the allegations that they broke in the front door.

    2.    Defendants deny the allegations that they pried their way into the Plaintiff's door.

    3.    Defendants admit that they ordered, not just asked, the Plaintiff to step out of the apartment and into the hallway or stairway, but state that Plaintiff was detained and pepper sprayed because the Plaintiff refused to cooperate and resisted arrest

## Plaintiff's Remedies

Defendants deny the allegations contained in the relief requested.

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, Defendants BRAD SCOTT AND BROCK LAVIN, respectfully pray that this Court enter an Order granting judgment in their favor and against the Plaintiff, that they have their costs and attorneys' fees, and for such relief as the Court deems just.

DEFENDANTS DEMAND TRIAL BY JURY.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. Defendants did not violate Plaintiff's clearly established constitutional or statutory rights and is protected by qualified immunity.

### Second Affirmative Defense

2. With respect to any state law claims, Defendants as peace officers in performance of their duties executing and enforcing the laws of the State of Illinois, Defendants are entitled to immunity pursuant to § 2-202 of the Illinois Local Governmental and Governmental Employee Tort Immunity Act, 745 ILCS 10/1-101 *et seq.*

WHEREFORE, Defendants BRAD SCOTT AND BROCK LAVIN, respectfully prays that this Court enter an Order granting judgment in their favor and against the Plaintiff, that they have their costs and attorneys' fees, and for such relief as the Court deems just.

DEFENDANTS DEMAND TRIAL BY JURY.

BRAD SCOTT and BROCK LAVIN,
Defendants,

By s/ Sonni C. Williams
SONNI C. WILLIAMS, #6270829
Attorneys for Defendants
419 Fulton Street, #207
Peoria, IL 61602
Ph.   (309) 494-8590
Fax   (309) 494-8558
E-mail: swilliams@ci.peoria.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Johnathan M. Coursey
Plaintiff
302 N.E. Greenleaf, 2F
Peoria, IL 61603

                                  s/ Sonni C. Williams
                                  SONNI C. WILLIAMS, #6270829
                                  Attorneys for Defendants
                                  419 Fulton Street, #207
                                  Peoria, IL 61602
                                  Ph.   (309) 494-8590
                                  Fax   (309) 494-8558
                                  E-mail: swilliams@ci.peoria.il.us