IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHNATHAN M. COURSEY,        )<br>                              )<br>    Plaintiff                 )<br>                              )<br>    vs.                       )<br>                              )<br> CITY OF PEORIA,              )<br> POLICE DEPARTMENT,           )<br> BRAD SCOTT,                  )<br> BROCK LAVIN,                 )<br>                              )<br>    Defendants.               ) | Case No. 07-1123 |

## ENTRY OF APPEARANCE

SONNI C. WILLIAMS, Assistant Corporation Counsel for the City of Peoria, Illinois, hereby enters her appearance on behalf defendants BRAD SCOTT and BROCK LAVIN, in the above cause.

        Respectfully submitted,

        BRAD SCOTT and BROCK LAVIN,
        Defendants,

        By s/ <u>Sonni C. Williams</u>
        SONNI C. WILLIAMS, #6270829
        Attorneys for Defendants
        419 Fulton Street, #207
        Peoria, IL 61602
        Ph.  (309) 494-8590
        Fax  (309) 494-8558
        E-mail: swilliams@ci.peoria.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Johnathan M. Coursey
Plaintiff
302 N.E. Greenleaf, 2F
Peoria, IL 61603

                                                    s/ Sonni C. Williams
                                                    SONNI C. WILLIAMS, #6270829
                                                    Attorneys for Defendants
                                                    419 Fulton Street, #207
                                                    Peoria, IL 61602
                                                    Ph.   (309) 494-8590
                                                    Fax   (309) 494-8558
                                                    E-mail: swilliams@ci.peoria.il.us