IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Johnathan M. Coursey

PLAINTIFF

vs

City of Peoria
Police Department
BRAD SCOTT
BROCK LAVIN

DEFENDANTS

CASE NO# 07-1123

FILED
AUG - 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to Process

Now come the Plaintiff Johnathan M Coursey Ask this court, and judge to process in this case.

Facts

On July 3, 2006 the Plaintiff was charged with two counts of criminal misdemeanor, and one count of criminal misdemeanor was dropped. From the Plaintiff arrest on June 4 2006. The Plaintiff, a 51 year old male, who has a lower back derangement, was spray with pepper in both eyes, while being handcuff.

THE PLAINTIFF, NAMES THE CITY OF PEORIA AS A DEFENDANT, BECAUSE PEORIA, POLICE DEPARTMENT IS IT'S LAW ENFORCEMENT AGENCY.

THE PLAINTIFF CLAIM AGAINST DEFENDANT POLICE DEPARTMENT IS LIABLE, BECAUSE THE POLICE DEPARTMENT IS THE AGENCY IN WHICH POLICE OFFICERS WORK FOR.

THE PLAINTIFF CLAIM AGAINST THE POLICE OFFICERS Brad Scott, AND BROCK LAVIN, ARE THE PERSONS WHO WILLFULLY violated. THE PLAINTIFF CIVIL RIGHT, AND BROKEN INTO THE STEEL ENTRANCE DOOR TO THE BUILDING. COME-UP to the SECOND FLOOR PRY-to PRY OPEN THE PLAINTIFF DOOR ON the SECOND FLOOR to his APARTMENT.

THE DEFENDANTS CITY OF PEORIA Police DEPARTMENT, AND THE POLICE OFFICERS, ARE BEING REPRESENTED BY THE SAME ATTOREY, AS DEFENDANTS.

PLAINTIFF, JOHNATHAN M COURSEY, PRAYS tHAT THIS COURT, AND JUDGE, ALLOW tHIS CASE TO PROCESS.

JOHANTHAN M COURSEY (PLAINTIFF
302 NE GREENLEAF 2 FLOOR
PEORIA, ILL 61603-3770
1-309-229-9188

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON 8-6-2007 I HAND DELIVER THIS MOTION TO PROCESS TO THE DEFENDANTS. ATTORNEY

CITY OF PEORIA
POLICE DEPARTMENT
BRAD SCOTT
BROCK LAVIN
DEFENDANTS
ATTORNEYS FOR DEFENENT
SONNI C. WILLIAMS
419 FULTON STREE # 207
PEORIA IL 61602

*Johnathan M Coursey*
JOHNATHAN A COURSEY
302 NE GREEN LEAF 2 PL
PEORIA IL 61603-3770
1-309-229-9188