FILED E-FILED
Monday, 17 September, 2007 10:49:40 AM
Clerk, U.S. District Court, ILCD

SEP 17 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Johnathan M Coursey

vs

Brad Scott
Brock Lavin

Case No# 07-1123

Certificate of Service

I certify that I Johnathan M Coursey Hand deliver a copy of motion for counsel to Sonni Williams.

Johnathan M Coursey
302 NE Greenleaf 2 Floor
Peoria IL 61603-3770

9-17-2007