E-FILED
Tuesday, 16 October, 2007 11:06:46 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO

Case 07-1123

Change of telephone Number

I Johnathan M Coursey. has a chang of telephone number. And wish the this number be place of my case.

The number is 1-(309) 999-0461

10-15-2007

Johnatha M Coursey

I served of copy to the defendants city of Peoria.

Johnathan M Coursey