E-FILED
Monday, 22 October, 2007 08:39:26 AM
Clerk, U.S. District Court, ILCD

United States District Court
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

Johnathan M Coursey,

Plaintiff

Vs

Brad Scott
Brock Lavin

Defendants

Case No# 07-1123

**FILED**

OCT 2 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion For Appointed counsel

Now comes Johnethan M Coursey for counsel in this matter,

1. Mrs Coursey has no Experience in handing any processing in this matter but for his ability to adequately investigate the facts in this matter

2 Mrs. Coursey tried to get Cousel to represent him but Fail because Legal Aid doesn't handle civil rights cases.

3. On 11-5-2007 Before Magistrate judge John A Gorman, it's order to discuss, and include in the Discovery Plan. the item discussed in Fed R Civ. 1b

(b) 5. 16 b). 26 f) and CDiL - LR 26 & 3)
which Mr Coursey doesn't has the
ability to present to this court

Mrs Coursey Now, prays that
the judge will appoint cousel, so
He may be preperly represent in this
matter

Johnathan M Coursey
302 NE Greenleaft JR
Peoria. Il 61603-3720
1-(309) 999-0461

Johnathan M Coursey

　　　　Plaintiff

　　VS.

Brad Seott

Brock Lavin

Case No# 07-1123

Certifying of Services

I certified that I Johnathan M Coursey hand delivered a copy of this motion to the defendant counsel.

Johnathan M Coursey
302 N5 Greelife 2Floor
Peoria Ill 61683-3710
(-804) 999-0461