IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

Johnathan M Coursey

    Plaintiff    )
                  )
vs               )
                  )
City of Peoria  )    CIVIL NO. 1:07-cv-1123
    Defendant

FILED
OCT 30 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOTICE OF APPEAL

Notice is hereby given that I, Johnathan M Coursey appeals to the United States Court of Appeals for the Seventh Circuit from the ORDER entered on 10-22-2007 in the above case. Pending Motion to Appoint Counsel.

PREPARED BY:
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

DATE: 10-30-2007

Johnathan M Coursey
302 MS Gensley 2F1
Peoria ILL 61603-3710

1:07-CV-1123

I certify that I Johntha M Cruey Hand delivered a copy to the defedants in this case # 1:07-CV-1123 Notice of Appeals and IFP forms.

Johntha M Cruey
302 NE Greenleaf 2F1
Peoria, IL 61603
10-30-2007