E-FILED
Tuesday, 30 October, 2007  03:41:46 PM
Clerk, U.S. District Court, ILCD

### SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                          Docket No.: 07-1123

Division: Peoria

**Plaintiff (Petitioner)          Short Caption          Defendant (Respondent)**

Johnathan Coursey              v.      Brad Scott, etal

---

**Current Counsel for Plaintiff (Petitioner):        Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Johnathan M. Coursey                  Name:  Sonni Choi Williams

Firm: 302 NE Greenleaf, 2nd Floor            Firm: City Of Peoria

Address: Peoria, IL. 61603                  Address: 419 Fulton St., Suite 207

                                          Peoria, IL. 61602

Phone: 309-999-0461                        Phone: 309-494-8590

---

Judge: Michael M. Mihm                    Nature of Suit Code:   440

Court Reporter: K. Hanna                   Date Filed in District Court:  05/15/07

                                          Date of Judgment: 10/22/07

                                          Date of Notice of Appeal: 10/30/07

Counsel:  ___Appointed        ___Retained  _X__Pro Se

Fee Status:      ___Paid        ___Due        ___IFP        X___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**