E-FILED
Tuesday, 20 November, 2007 02:55:41 PM
Clerk, U.S. District Court, ILCD

United States Courts of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

CASE No# 07-1123

MOTION FOR EXTENDED TIME

Johnathan M Coursey. Ask that judge give time to File this overdue Docketing Statement with the clerk.

He has an appointed For counsel with this matter. 12-4-2007. to represent him in this case. AND ASK FOR EXTENDED TIME

Johnathan M Coursey
302 NE Greenleaf 2Floor
Peoria, IL 61603-3720
1-309 999-0861

I certify that I hand delivered this motion to the defendant attorney.

Johnathan McCoury
302 NE Greenleaf 2Pl
Peoria Ill. 61603-3720
(309) 999-0461