United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604.

December 24, 2007

Johnathan M Coursey
    Plaintiff
V
Brad Scott AND Brock Lavin
    Defendants.

No# 07 C 1123
Michael M. Mine.
    Judge

Plaintiff Respones to why this Appeal should not be dismissed

1. Johnathan M Coursey, Plaintiff Filed the case against the Defendants. City of Peoria, Police Department, Brad Scott, AND Brock Lavin, because the Plaintiff Civil Rights was violated, AND He was Falsely arrested on June 4, 2006.

2. At that time the Plaintiff requested cousel from the Judge AND courts, because the Plaintiff is limited to find-out the Fact of the case, AND He is Finacially unable to pay For cousel.

3. Because the Plaintiff had NO cousel, MEMORANDUM in support of a motion to dismissing two of the defendant. City of Peoria, AND Police Department was granted by Judge Michael M. Mihm on

9-6-07, was granted.

4. Before this ORDER, WHEN counsel was ask: by the Plaintiff. Counsel was denied TEXT ORDER stated that invetigate the facts giving rise to his complaint, THE Plaintiff need No counsel at this time, by Magistrate Judge Byron G. Cudmore.

5. By processing in this cases as is, with no representation would only Allow is cases to be process unjuticely to All parties involve.

6. THE Plaintiff Johnathan M Coursey made Attempt by calling legal Aid. and was unsuccess full in getting a attorney that would represent He in this case.

7. THE City of Peoria, THE Department of Police AND it's employee have responseablity to the public, to perfect. AND make it saft For all citizens, who lives in peoria, AS well As visitors who Follow the laws.

THE Plaintiff. Prays. that the judge would granted. this Appeal, AND that if review it's orders in the case, so FAIR justice well prevail.

Johnathan M Coursey
302 NE Greenleaf st
Peoria, IL 61603-3770
1(309) 999-0461