FILED E-FILED
Tuesday, 19 February, 2008 12:53:26 PM
Clerk, U.S. District Court, ILCD

CERTIFIED COpy
FEB 19 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

January 23, 2008

*Before*

**Hon. IJana Diamond Rovner,** *Circuit Judge*
**Hon. Terence T. Evans,** *Circuit Judge*
**Hon. Diane S. Sykes,** *Circuit Judge*

| | |
|---|---|
| JONATHAN M. COURSEY,<br>    Plaintiff-Appellant,<br><br>No. 07-3629       v.<br><br>SCOTT BRADD and BROCK LAVIN,<br>    Defendants-Appellees. | Appeal from the United States District Court for the Central District of Illinois.<br><br>No. 07 C 1123<br><br>Michael M. Mihm, Judge. |

## O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Plaintiff-appellant Jonathan M. Coursey appeals from the district court's denial of his motion for appointment of counsel.

An order denying a motion for appointment of counsel is not immediately appealable, but may be reviewed only on appeal from a final judgment. *Randle* v. *Victor Welding Supply Co.,* 664 F.2d 1064, 1067 (7th Cir. 1981). This appeal, therefore, is premature because the appellant's case continues in the district court.