IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHNATHAN M. COURSEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 07-1123 |
| ) | |
| BRAD SCOTT, ) | |
| BROCK LAVIN, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS**

    The undersigned hereby certifies that she served a true and correct copy of this Certificate of Service, which has been filed with the District Court, and a copy of DEFENDANTS' RULE 26 DISCLOSURES, on Plaintiff by causing the same to be properly placed in an addressed envelope and depositing said envelope with postage prepaid to the Plaintiff on 30th day of May, 2008 to counsel of record at:

Johnathan M. Coursey
Plaintiff
302 N.E. Greenleaf, 2F
Peoria, IL 61603

        Respectfully submitted,
        BRAD SCOTT and BROCK LAVIN,
        Defendants,

        By s/ <u>Sonni C. Williams</u>
        SONNI C. WILLIAMS, #6270829
        Attorneys for Defendants
        419 Fulton Street, #207
        Peoria, IL 61602
        Ph.   (309) 494-8590
        Fax   (309) 494-8558
        E-mail: swilliams@ci.peoria.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>May 30, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Johnathan M. Coursey  
Plaintiff  
302 N.E. Greenleaf, 2F  
Peoria, IL 61603

                                          s/ <u>Sonni C. Williams</u>  
                                          SONNI C. WILLIAMS, #6270829  
                                          Attorneys for Defendants  
                                          419 Fulton Street, #207  
                                          Peoria, IL 61602  
                                          Ph.   (309) 494-8590  
                                          Fax   (309) 494-8558  
                                          E-mail: <u>swilliams@ci.peoria.il.us</u>

.